## INFORMATION SHEET CR-09   419

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

1.  Title of Case: __John J. DelGiorno__

2.  Related Magistrate Docket Number(s)_____

    None (X)

3.  Arrest Date: _____N/A_____

4.  Nature of offense(s):  ■      Felony
                           □      Misdemeanor

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules):
    ___N/A_____

6.  Projected Length of Trial:    Less than 6 weeks    (X)
                                  More than 6 weeks     ( )

7.  County in which crime was allegedly committed: ___NASSAU/SUFFOLK_____
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?     ( ) Yes  (X) No

9.  Have arrest warrants been ordered?                       (X) Yes  ( ) No

10. Is a capital count included in the indictment?           ( ) Yes  (X) No

FILED
IN CLERK'S OFFICE
U S. DISTRICT COURT E.D.N.Y

★   JUN 25 2009   ★

LONG ISLAND OFFICE

WEXLER, J.

LINDSAY, M.

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Allen L. Bode
Assistant U.S. Attorney
(631) 715-7828

Rev. 3/22/01